NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HERBERT MCELROY, DOC #R21739,    )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D17-5093
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
                                 )
_____  )

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Herbert McElroy, pro se.


PER CURIAM.


                Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.